# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00520-CV

**David Mohr, Appellant**

**v.**

**Karl Maley, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 8285, HONORABLE BENTON ESKEW, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant David Mohr and appellee Karl Maley have notified this Court that they no longer wish to pursue this appeal and have filed a joint motion to dismiss the appeal. We grant their motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Joint Motion

Filed: February 24, 2010